**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2531**

MILFORD GEORGE COOPER,

              Plaintiff - Appellant,

         v.

JEFFREY R. EDWARDS, Attorney; ROY COOPER, North Carolina
Attorney General; JP MORGAN CHASE BANK; LAW FIRM OF BROCK &
SCOTT, LLC,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever, III,
Chief District Judge. (5:13-cv-00711-D)

Submitted:  February 27, 2014        Decided:  March 4, 2014

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Milford George Cooper, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Milford George Cooper appeals the district court's order dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cooper v. Edwards, No. 5:13-cv-00711-D (E.D.N.C. Dec. 5, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2